
CT Corporation

**Service of Process Transmittal**
06/25/2019
CT Log Number 535746118

| | |
|---|---|
| **TO:** | PAMELA ROSADO<br>Metropolitan Life Insurance Company<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| **RE:** | **Process Served in Delaware** |
| **FOR:** | Metropolitan Life Insurance Company  (Domestic State: NY) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | William Spillman And Katrina Garcia Spillman, Pltfs. vs. Metropolitan Life Insurance Company and Verizon Wireless, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Certification, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Torrance County - Seventh Judicial District Court, NM<br>Case # D722CV201900107 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/25/2019 at 12:44 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | No later than 30 days from from the date of service |
| **ATTORNEY(S) / SENDER(S):** | Penelope Quintero<br>Davis, Miles, Mcguire, Gardner, Pllc<br>320 Gold Ave SW, Suite 1111<br>Albuquerque, NM 87102<br>(505) 948-5050 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/25/2019, Expected Purge Date: 06/30/2019<br><br>Image SOP<br><br>Email Notification,  MetLife Litigation Intake  litigationintake@metlife.com |
| **SIGNED:** | The Corporation Trust Company |
| **ADDRESS:** | 1209 N Orange St<br>Wilmington, DE 19801-1120 |
| **TELEPHONE:** | 302-658-7581 |

Page 1 of  1 / YC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT 2

# SUMMONS

| | |
|---|---|
| SEVENTH JUDICIAL DISTRICT COURT<br>TORRANCE COUNTY, NEW MEXICO<br>903 5TH ST.    PO Box 78<br>ESTANCIA, NM 87016<br>(505) 384-2974 | Case No. D-722-CV-2019-00107<br><br>Judge: Shannon Murdock |
| WILLIAM SPILLMAN AND KATRINA GARCIA SPILLMAN,<br>        PLAINTIFFS,<br>v.<br>METROPOLITAN LIFE INSURANCE COMPANY AND VERIZON WIRELESS,<br>        DEFENDANTS. | Defendant:<br>METROPOLITAN LIFE INSURANCE COMPANY<br>c/o The Corporation Trust Center (CT Corporation)<br>1209 Orange Street<br>Wilmington, DE 19801 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1. A lawsuit has been filed against you. A copy of the Complaint for Foreclosure and Court-Annexed Arbitration Certification is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

Dated at Estancia, New Mexico, this 22nd day of May, 2019.

CLERK OF COURT

By: _____
Deputy  Thomas Wilson

**Davis Miles McGuire Gardner, PLLC**
Penelope Quintero, Esq.,
*Attorney for Plaintiff*
320 Gold Ave SW, Suite 1111
Albuquerque, NM 87102
Telephone: (505) 948-5050

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

41097-001