IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM SPILLMAN and
KATRINA GARCIA SPILLMAN,

        Plaintiffs,

vs.                                            1:19-cv-00660-RB-LF

METROPOLITAN LIFE INSURANCE
COMPANY and VERIZON WIRELESS,

        Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on September 18, 2019, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 20), filed on September 11, 2019, and adopted it as modified by the dates provided in the Court's Order Setting Brief Scheduling Order Deadlines (Doc. 22), filed concurrently with this Order.

                                                    _____
                                                   Laura Fashing
                                                   United States Magistrate Judge