IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM SPILLMAN and
KATRINA GARCIA SPILLMAN,

        Plaintiffs,

vs.                                                                                          1:19-cv-00660-RB-LF

METROPOLITAN LIFE INSURANCE
COMPANY and VERIZON WIRELESS,

        Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **Friday, January 03, 2020, at 2:00 p.m.** Counsel shall call my AT&T toll-free conference line at 1-888-363-4734 and dial access code 5407449 to be joined to the proceedings.

                                                       _____
                                                       Laura Fashing
                                                       United States Magistrate Judge