IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:   *Spillman et al v. Metropolitan Life Insurance Company et al*
1:19-cv-00660-RB-LF

Date & Time:   **Friday, January 10, 2020, 9:00 a.m.**

Appearances for Plaintiffs:

Penelope M. Quintero

Appearances for Defendants:

~~Jack M. Englert, Jr.~~ / L·HL k West LVW
James Hollihan — Verizon / Celico

Plaintiff(s) in Attendance:

William Spillman   WS
Katrina Garcia Spillman   KDGS

Defendant(s) in Attendance:

Met. Life Ins. Co.

Lorraine Grande (by phone) for Verizon

Lowell Kass (by phone) Met Life

Others Attending:

____ Case settled.   Per order filed concurrently, closing documents due on_____.

____ Case did not settle.

_X_ Settlement efforts to be continued ~~on~~ until January 17, 2020 at 4:30 pm.

_X_ HONDO Courtroom; Time in Court= 4.25 .