## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILLIAM SPILLMAN and
KATRINA GARCIA SPILLMAN,

      Plaintiffs,

v.   No. CIV 19-0660 RB/LF

METROPOLITAN LIFE INSURANCE
COMPANY and VERIZON WIRELESS,

      Defendants.

## **ORDER**

**THIS MATTER** comes before the Court on the Motion of Verizon Wireless to Dismiss Pursuant to Rule 12(b)(6). (Doc. 11.) Because the parties have reached a settlement of this matter and United States Magistrate Judge Laura Fashing has ordered the parties to submit closing documents no later than February 18, 2020, the Court finds Verizon Wireless's Motion to Dismiss should be **DENIED AS MOOT**.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE