IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILLIAM SPILLMAN and<br>KATRINA GARCIA SPILLMAN,<br><br>  Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY and VERIZON WIRELESS,<br><br>  Defendants. | Case No. 1:19-cv-660-KK-LF |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by Plaintiff, William Spillman and Katrina Garcia Spillman, appearing by and through its attorneys DAVIS MILES MCGUIRE GARDNER, PLLC (Penelope Quintero), and the Court being otherwise advised in the premises.

IT IS HEREBY ORDERED that all claims and causes of action contained in the Complaint, removed to the United States District Court for the District of New Mexico herein on July 18, 2019, and amended on October 2, 2019, along with any and all claims brought and which could have been brought in that case, and all claims or causes of action contained in Defendants' Answers to the Complaint, if any, and any and all claims which could have been brought by Defendants be and hereby are dismissed with prejudice.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

Order Granting Dismissal 41097-001

RESPECTFULLY SUBMITTED BY:

DAVIS, MILES, MCGUIRE, GARDNER, PLLC

By: */s/ Penelope Quintero*
    PENELOPE QUINTERO
    *Attorneys for Plaintiff*
    320 Gold Ave. SW, Suite 1111
    Albuquerque, NM 87102
    (505) 948.5050
    pquintero@davismiles.com

APPROVED BY:

DUANE MORRIS, LLC

By: *Approved by James P. Hollihan via e-mail on 2.25.20*
*Attorneys for Defendants,*
*Verizon Wireless Short Term Disability Plan and*
*Cellco Partnership d/b/a Verizon Wireless*

D. Stuart Barstow
2475 Hanover St.
Palo Alto, CA 94304-1194

James P. Hollihan
Duane Morris, LLC
2475 Hanover St.
Palo Alto, CA 94304-1194

HOLLAND & HART LLP

By: *Approved by Little V. West via e-mail on 2.25.20*
*Attorneys for Defendant,*
*Metropolitan Life Insurance Company*


Little V. West, Esquire
P.O. Box 2208
Santa Fe, NM 87504
lwest@hollandhart.com

Jack M. Englert Jr., Esquire
6380 S. Fiddler's Green Circle, Suite 500
Greenwood Village, CO 80111
jenglert@hollandhart.com